# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1847

_____

Robert Barfield,                                    *
                                                    *
                   Appellant,                       *
                                                    *   Appeal from the United States
        v.                                          *   District Court for the Southern
                                                    *   District of Iowa.
John Ault; Charles Harper; Dave                     *
DeGrange; Christopher Jones;                        *   [UNPUBLISHED]
Sheryl Lockwood; Darrell Moeller,                   *
                                                    *
                   Appellees.                       *

_____

Submitted: November 2, 2010
Filed: November 8, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Inmate Robert Barfield appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review of the record and de novo review, we conclude that certain claims were properly dismissed under 8 U.S.C. § 8 UC§ 1915A, and that Barfield created no trialworthy issues on his remaining claims. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.